IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

GREGORY YOUNG II,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

CASE NO. 2:11-CV-00775
Judge Sargus
Magistrate Judge King

## ORDER

On September 19, 2011, the United States Magistrate Judge issued a *Report and Recommendation* recommending that Petitioner's motion to proceed *in forma pauperis*, Doc. 13, motion to expand the record, Doc. 15, motion for the appointment of an expert, Doc. 16, and motion for release on bail, Doc. 17, be denied and that the action be dismissed. The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED**.

Date

10-14-2011
Edmund A. Sargus
United States District Judge