AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**GREGORY YOUNG, II,**

        Petitioner,

**JUDGMENT IN A CIVIL CASE**

**v.**

**UNITED STATES OF AMERICA,**       CASE NO.  C2-11-775
                                                           JUDGE EDMUND A. SARGUS, JR.
        Respondent.               MAGISTRATE JUDGE NORAH MCCANN KING

\_\_\_    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_    **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

        **Pursuant to the ORDER filed October 12, 2011, JUDGMENT is hereby entered DISMISSING this action.**

Date: October 12, 2011                                  JAMES BONINI, CLERK

                                                          _/S/ Andy F. Quisumbing_
                                                          (By) Andy F. Quisumbing
                                                          Courtroom Deputy Clerk